# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SAMANTHA HARLAN,
an individual,

      Plaintiff,

v.

THE ADT CORPORATION,
d/b/a ADT,
a foreign for-profit corporation,

      Defendant.
_____/

Case No.:  8:20-cv-00172-JSM-CPT

## NOTICE OF PENDING SETTLEMENT
## AS TO DEFENDANT THE ADT CORPORATION d/b/a ADT

**COMES NOW**, Plaintiff, SAMANTHA HARLAN, (hereinafter, "Plaintiff"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submit this *Notice of Pending Settlement as to Defendant The ADT Corporation d/b/a ADT,* and states:

1. Plaintiff and Defendant, The ADT Corporation d/b/a ADT (hereinafter, "ADT"), reached a conditional settlement regarding all claims in this case; the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Notice of Voluntary Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with counsel for Defendant ADT, and Defendant, ADT agrees to the relief sought herein.

>Respectfully submitted,
>
>**LEAVENLAW**
>
>/s/ *Ian R. Leavengood*
>**Ian R. Leavengood, Esq., FBN 010167**
>**Kelly C. Burke, Esq., FBN 123506**
>Northeast Professional Center
>3900 First Street North, Suite 100
>St. Petersburg, FL 33703
>Phone:   (727) 327-3328
>Fax:       (727) 327-3305
>consumerservice@leavenlaw.com
>kburke@leavenlaw.com
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2020, a true and correct copy of the above and foregoing *Notice of Pending Settlement as to Defendant, The ADT Corporation d/b/a ADT* was electronically filed via CM/ECF e-portal, and undersigned will electronically serve the following counsel::

>Daniel J. McGrath, Esq.
>Vice President
>Deputy General Counsel, Litigation
>Chief Compliance Officer
>1501 Yamato Road
>Boca Raton, FL 33431
>dmcgrath@adt.com
>*Attorney for The ADT Corporation d/b/a ADT*

>/s/ *Ian R. Leavengood*
>Attorney