UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA HARLAN,
an individual,

      Plaintiff,

v.

THE ADT CORPORATION,
d/b/a ADT,
a foreign for-profit corporation,

      Defendant.
_____/

Case No.:  8:20-cv-00172-JSM-CPT

## NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW**, Plaintiff, Samantha Harlan, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, files this Notice of Dismissal with Prejudice and states:

The Parties have finalized the terms of and executed the confidential settlement agreement. By agreement, each side shall bear its own costs and attorneys' fees.

Dated:  March 23, 2020.

Respectfully submitted,

**LEAVENLAW**

/s/  *Ian R. Leavengood*
**Ian R. Leavengood, Esq., FBN 010167**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone:   (727) 327-3328
Fax:        (727) 327-3305
consumerservice@leavenlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2020, a true and correct copy of the above and foregoing *Notice of Dismissal with Prejudice* was electronically filed via CM/ECF and electronically served the following counsel:

    Daniel J. McGrath, Esq.
    Vice President
    Deputy General Counsel, Litigation
    Chief Compliance Officer
    1501 Yamato Road
    Boca Raton, FL 33431
    dmcgrath@adt.com
    *Attorney for The ADT Corporation d/b/a ADT*

                                                /s/  Ian R. Leavengood
                                                Attorney